MARY H. SHELBY, Respondent, *v.* THE SUN PRINTING AND PUBLISHING ASSOCIATION, Appellant.

(Argued February 28, 1888; decided March 13, 1888.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 20, 1886, which affirmed an interlocutory judgment entered upon an order overruling a demurrer to the complaint.

· *Franklin Bartlett* for appellant.

*Samuel V. Speyer* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.